ANDREW J. NELSON
Assistant Federal Defender
MICHAEL DONAHOE
Senior Litigator
Federal Defenders of Montana
Missoula Branch Office
125 Bank Street, Suite 710
Missoula, MT 59802
Phone: (406) 721-6749
Fax:   (406) 721-7751
Email: andy_nelson@fd.org

Attorneys for Defendant

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JORDAN LINN GRAHAM,<br><br>Defendant. | CR 13-37-M-DWM<br><br>**UNOPPOSED MOTION TO FILE LIST UNDER SEAL**<br>**(Local Rule 1.8(b))** |

### MOTION

COMES NOW the above named defendant by her undersigned counsel and hereby moves for leave of court to file the attached list under seal due to the sensitive and personal nature of its content.

## CONTACT WITH GOVERNMENT COUNSEL

Assistant United States Zeno Baucus has no objection to the motion to seal the list.

RESPECTFULLY SUBMITTED November 12, 2013.

JORDAN LINN GRAHAM

By: */s/ Andrew J. Nelson*
 ANDREW J. NELSON
 Assistant Federal Defender
 MICHAEL DONAHOE
 Senior Litigator
 Federal Defenders of Montana
 Counsel for Defendant

# CERTIFICATE OF SERVICE
## L.R. 5.2(b)

I hereby certify that on November 12, 2013, a copy of the foregoing document was served on the following persons by the following means:

  1     CM-ECF

_____   Hand Delivery

  2     Mail

1.  CLERK, UNITED STATES DISTRICT COURT

1, 2.  Kris McLean
       Assistant United States Attorney
       P.O. Box 8329
       Missoula, MT 59802
           Counsel for the United States of America

1, 2.  Zeno Baucus
       Assistant U.S. Attorney
       901 Front Street, Suite 1100
       Helena, MT 59626-1100
           Counsel for the United States of America


                              */s/ Andrew J. Nelson*
                              Assistant Federal Defender
                              Federal Defenders of Montana
                              Counsel for Defendant