IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 13–37–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| JORDAN LINN GRAHAM, | |
| Defendant. | |

Defendant Jordan Graham having filed a motion to file an oversized brief in support of her motion to dismiss the Indictment and alternative motion to strike Count I or for other appropriate relief based on procedural misconduct,

IT IS ORDERED that the Defendant's motion (Doc. 57) is GRANTED. The Defendant's supporting brief not exceeding 11,000 words shall be filed by the Clerk.

Dated this 12 day of November, 2013.

Donald W. Molloy, District Judge
United States District Court