IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| UNITED STATES OF AMERICA, | CR 13–37–M–DWM |
|---|---|
| Plaintiff, | |
| | ORDER |
| vs. | |
| JORDAN LINN GRAHAM, | |
| Defendant. | |

IT IS ORDERED that Parties shall file their responsive briefing to all pending motions on or before 12:00 p.m. on November 14, 2013.

IT IS FURTHER ORDERED that the hearing time set for 11:00 a.m. on November 15, 2013 is RESET for 9:00 a.m. at the Russell Smith Courthouse in Missoula, Montana. During this hearing, the Court will address juror procedure and Parties will argue and present testimony or other evidence in support of the pending motions.

Dated this 12th day of November, 2013.

Donald W. Molloy, District Judge
United States District Court