IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JORDAN LINN GRAHAM,<br><br>Defendant. | CR 13–37–M–DWM<br><br>ORDER |

The Defendant Jordan Graham having filed an unopposed motion for leave to file the attached list of potential jurors under seal,

IT IS ORDERED that the Defendant's motion for leave to file under seal (Doc. 73) is GRANTED. The Clerk is directed to file Doc. 74 under seal.

Dated this 13th day of November, 2013.

Donald W. Molloy, District Judge
United States District Court