IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 13-37-M-DWM |
| Plaintiff, | |
| vs. | ORDER |
| JORDAN LINN GRAHAM, | |
| Defendant. | |

On May 3, 2024, Defendant Jordan Linn Graham moved to reduce her sentence. (Doc. 283.) That filing was construed as a motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A), and counsel was appointed. (Doc. 284.) Through counsel, Graham now seeks to withdraw her motion. (Doc. 286.)

IT IS ORDERED that the motion to withdraw Graham's motion for sentence reduction (Doc. 286) is GRANTED. The motion (Doc. 283) is DEEMED WITHDRAWN.

DATED this 2nd day of July, 2024.

Donald W. Molloy, District Judge
United States District Court